# U.S. BANKRUPTCY COURT
## DISTRICT OF MAINE (PORTLAND)

| | | |
|---|---|---|
| BARBARA H. RUSSELL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Adv. Proc. No. |
| vs. | ) | 25-02008 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION | ) | |
| and GRANITE EDVANCE CORPORATION, | ) | |
| | ) | |
| Defendants | ) | |

## AGREED-TO MOTION TO SUBSTITUTE PARTIES

Texas Guaranteed Student Loan  Corp. ("TGSLC"), with the consent of Plaintiff Barbara H. Russell ("Plaintiff"), moves this Court to substitute TGSLC for Defendant Granite Edvance Corporation ("GEC") in the instant action and states as follows:

1.      In paragraph 13 of her Complaint Plaintiff identified GEC as a creditor for an educational loan issued to Plaintiff, which is alleged to have had a loan with an outstanding balance due of $108,908 ("TGSLC Loan").

2.      Following the filing of Plaintiff's bankruptcy petition, the TGSLC Loan has been assigned to TGSLC.  Therefore, TGSLC, and not GEC or any other party, presently holds the TGSLC Loan that is at issue in the instant adversary proceeding, and thus TGSLC is the correct real party in interest with respect to the TGSLC Loan.

3.      By virtue of the transfer of the claims related to the TGSLC Loan to TGSLC, any claim previously held by GEC (or any other holder of such loans) is now held by TGSLC, and such creditors no longer have a claim against the Debtor's estate.

4.     Under Bankruptcy Rule 7017 and Federal Rule of Civil Procedure 17, this Court may substitute the real party in interest for a party incorrectly named.  Given that TGSLC is that true real party in interest with respect to the TGSLC Loan, TGSLC respectfully requests that it be substituted in this matter as the Defendant.

5.     In conjunction with its filing of this Motion, TGSLC is also filing its Answer to Plaintiff's Complaint ("Answer") with respect to the TGSLC Loans. TGSLC requests that that Answer shall be deemed to constitute TGSLC's timely answer to the Plaintiff's Complaint.

6.     TGSLC has consulted with the Plaintiff, who consents to the relief sought by this Motion.

WHEREFORE, TGSLC, with the consent of Plaintiff, respectfully requests that this Court substitute TGSLC for GEC as a Defendant in this adversary proceeding, as the real party in interest with respect to the TGSLC Loan, that the Answer filed by TGSLC together with this Motion be deemed to constitute TGSLC's timely answer to the Complaint, and for such other and further relief as the Court may deem just and proper.

DATED at Portland, Maine this 14th day of August, 2025.

Respectfully submitted,

*/s/ Jeffrey T. Piampiano*
Jeffrey T. Piampiano, Bar No. 9309
*Attorney for Texas Student Loan*
*Guarantee Corporation*

Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Tel: (207) 772-1941
jpiampiano@dwmlaw.com

2